UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  07-21940-CIV-MORENO**

In the Matter of the Arbitration Between

AMERICATEL EL SALVADOR, S.A. DE C.V.,
a Salvadorian corporation,

    Plaintiff,

vs.

COMPANIA DE TELECOMUNICACIONES DE
EL SALVADOR, S.A. DE C.V., A Salvadorian
corporation,

    Defendant.
_____/



### ORDER CONFIRMING FOREIGN ARBITRAL AWARD AND ENTRY OF JUDGMENT THEREON

THIS CAUSE came before the Court upon Americatel El Salvador, S.A. DE C.V.'s Petition for Confirmation and Enforcement of Foreign Arbitral Award **(D.E. No. 1)**, filed on **July 27, 2007**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED.  The Arbitral Award issued on **May 22, 2007** (the "Arbitral Award") and the Clarification of the Arbitral Award issued on **July 5, 2007** (the "Clarification") are confirmed pursuant to 9 U.S.C. §§ 207 and 302 of the U.S. Arbitration Act and the Inter-American Convention.  Accordingly, it is **ORDERED AND ADJUDGED**:

    1.    Judgment is entered in favor of Americatel and against Compañía de Telecomunicaciones de El Salvador, S.A. de C.V. ("CTE").

2. CTE shall enable twenty-one (21) E-1 telecommunication ports for use by Americatel within the time specified by the Arbitration Award.

3. CTE shall pay Americatel US $9,427,678 in damages for CTE's breach of the Parties' Interconnection Agreement with interest set at 12% per year to be calculated starting on July 1, 2006.

4. Both parties shall in all respects abide by the Arbitral Award and the Clarification.

5. This case is closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of August, 2007.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record